UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DISTRICT

**FILED**
AUG 27 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**1:14-cv-1412 SEB-DKL**

| | |
|---|---|
| SHELTON HICKERSON, SR ESTATE <br> By SHARON THURMAN, <br>     Plaintiff(s)f(s) <br> <br> vs. <br> <br> BOARD OF VETERAN APPEAL, <br> BOARD OF VETERAN AFFAIRS, <br> CONGRESSMAN ANDRE CARSON, <br> UNITED STATES OF AMERICA, <br> DOES 1-100, DOE CORPORATIONS 1-100, <br> DOE ENTITIES 1-100, <br> DISABLE AMERICAN VETERANS, <br>     DONNA SURRETT, <br>     KIM RUDOLPH, <br>     NATHAN BENNETT, <br>     MS. CRAIG, <br>     SUPERVISOR ERIC @ DAV, <br>     HILMER HERMAN, DAV, <br>     Defendants. | CIVIL NO._____ <br> <br> COMMON LAW JURISDICTION <br> UCC 1-103.6 <br> <br> 42USC 1983 <br> CIVIL RIGHTS COMPLAINT <br> <br> 42 USC 241 <br> CONSPIRACY AGAINST RIGHTS <br> <br> 42 USC 242 <br> DEPRIVATION OF RIGHTS <br> <br> AFFIDAVIT <br> <br> <br> <br> <br> <br> EXHIBITS |

**VERIFIED CIVIL RIGHTS COMPLAINT**

*Every person who, under color of any statute, ordinance, regulation custom, Or usage, of any state or Territory, subjects, or causes to be subjected, any Citizen of the United States or other person within the jurisdiction thereof to Deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. 42 USC 1983*

### I. COURTS DUTY TO PRO SE (SUI JURIS) LITIGANTS

1. Courts will go to particular pains to protect pro se litigants against consequences of technical errors if injustice would otherwise result. McClellan v. Lones Star Gas Co., 66 F 3d 98 (5th Cir.) (1995); Court should freely give the complainant, especially pro se complainant, leave to amend defective allegation in pleading. Broag v. Macdougall, 454 U.S. 364, 70 Led 2d 551, 102 S.Ct. 700 (1982); Haines v. Kerner, 404 U.S. 519, 30 Led 2d 652, 92 S. Ct. 594 (1972).
2. Pro se litigants pleadings are to be construed liberally and held to less stringent standard than formal pleadings drafted by lawyers (attorneys at law); if court can reasonably read pleadings to state valid claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction, or litigants unfamiliarity with pleading requirement. In re Haines: pro se litigants are held to less stringent pleading standards as BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. Court errs if court dismisses the pro se litigant pleading without instruction on how pleadings are deficient and how to repair pleadings. Platsky v. C.I.A., 953 f. 2d. 25.
3. Litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have the constitutional right to have their claims adjudicated according to the rule of precedent. Anastasoff v. United States, 223 f.3d 898 (8th Cir. 2000).

### II. JURISDICTION AND VENUE

4. Plaintiff(s)f claims federal jurisdiction pursuant to Article III Section 2 which extends the jurisdiction to cases arising under U.S. Constitution.
5. Plaintiff(s)f brings this suit pursuant to Title 42 U.S, Section 1983for violations of certain protections guaranteed to her by the First, Fourth, Fifth, Sixth, Eighth, Ninth and Fourteenth Amendments of the federal Constitution, by the defendant under color of law in his/her capacity as a government agency and police officer of the city/state.
6. Plaintiff(s)f Staci Hickerson and Shelby Hickerson are natural people residing in Louisiana and children of decease Shelton Hickerson Sr.
7. This Court has original jurisdiction over this action because it appears from Plaintiff(s)f's complaint that this is a civil action and;
    a. Plaintiff(s)f, both when this action was commenced and now, was and is a citizen of the State of Indiana.
    b. Defendant, both when this action was commenced and now, was and is a citizen of the State of Indiana.
    c. The amount of controversy, exclusive of interest and costs, exceeds $75,000.

8. Shelton Hickerson Sr was denied all civil and constitutional rights of right for liberty and property.

### III. ENUMERATION OF RIGHTS AND LAWS VIOLATED

9. This Court has original jurisdiction over this action because it appears from Plaintiff(s)f's complaint that this is a civil action that arises under the following:
10. Discriminated on race, gender, age, disability, and color.
11. Violated Constitutional rights such as the First, Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth Amendments.
    A. Title VII, Civil Rights Act of 1964, 42 U.S.C. 2000 Discrimination and harassment
    B. Title 18, U.S.C. SS 241 VA, Congressman Carson, and DAV conspire to oppress Shelton Hickerson Sr. to free exercise or enjoyment of rights and privileges secured to him by the Constitution or the laws of the U.S,
    C. Title 18, U.S.C. SS 242 Government and VA, Congressman Carson, Board of Veterans Appeals, Board of Veteran Appeals, and DAV deprives from any person those rights, privileges, or immunities secured or protected by the Constitution or the laws of U.S.
    D. Title 18, U.S.C. SS 245 Intimidated based on race and color, disability, and age.
    E. Title 18, U.S.C. SS 1001 Fraud and false statements;
    F. Title 18, U.S.C. SS 1983 violated rights to an investigation, to submit evidence pertaining to allegations, Discrimination, Harassment, False Statements;
    G. Title 42, Constitutional Rights; or Depriving Thurman of liberty or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
    H. Title 42, SS 14141 Patterns and Practice.
    I. Breach of fiduciary duty;
    J. Breach of mission statement, bylaws, and charter and representation.
    K. Malpractice;
    L. 18 USC 4, Misprision of a felony;
    M. Deprivation of civil rights;
    N. Conspiracy and Deprivation of Civil Rights;
    O. Deprivation of Administrative Remedy Rights;
12. Sharon Thurman is seeking $10 million dollars which is tremble damages and pain and suffering, punitive, tort, emotional, physical distress, negligence, fraud, and etc..

## IV. STATEMENT OF THE FACTS

13. In June 2014, Shelton Hickerson's family receives the Board of Veterans award of September 2010.
14. Board of Veterans award was never given to Shelton Hickerson Sr.
15. Shelton Hickerson Sr. filed his appeal in 2003 with representatives from Disable American Veterans (DAV) won the award in 2010 but did not inform the family until 2012 and after several request sent an award letter in June 2013.

16. The DAV perfidiously concealed that the award was granted for their own greedy monetary gain.
17. For two years Mr. Hickerson was receiving $341 and based on this award he should have been receiving $7000 plus an $800,000 retro payment from 2001.
18. The pay was withheld to wait on him to die.
19. This case was set to the side for 10 years of refusing to release his property and sustain a better quality of life.
20. Sharon Thurman request punitive and tort damages of 10 Million dollars.

## V.   THE LAW, THE COURT AND ALL PROCEEDINGS MUST BE IN ACCORDANCE WITH THE U.S CONSTITUTION AND THE COMMON LAW

Plaintiff(s)f reserves the right to have this action tried according to the rules of the common law. In support of this common law action Plaintiff(s)f provides the following facts and case law to validate his claim of Common Law Jurisdiction:

21. The constitution is to be interpreted according to common law rules. Schick v. U.S., 195 US 65, 24 Sup. Ct. 826, 49 L. Ed. 99.
22. Cohens v Virginia, 6 wheat (19 U.S.) 264, 404 (1821): Chief Justice John Marshall said "We [public servants] have no more right to decline the jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution."
23. Ramsey v. Allegrie, 25 U.S. (12 Wheaton) 611, 631 (1827): "If the common law can try the cause and give full redress, that alone takes away the admiralty jurisdiction."
24. Hayburn's Case. 2 Dali.(2 U.S.) 409 (1792); Article #6 Clauses 2 and 3, U.S. Constitution:"This Constitution is the supreme Law of the Land. All judicial officers of the united States are bound by oath or affirmation, to support this Constitution."
25. U.S. v. Butler. 279 U.S. 116 (1929):"*The judicial branch has only one duty, to lay the Article of the Constitution which is involved beside the statute (rule or practice) which is challenged and to decide whether the latter squares with the former*."
26. Boyd v. U.S., 116 U.S. 635 (1886):"Constitutional provisions for the security of person and property should be liberally construed. It is the duty of the courts to be watchful of constitutional rights against any stealthy encroachments thereon."
27. Bary v. United States - 273 US 128 (1927):"*Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property*."
28. Emspak v. United States, 349 US 190 (1955):"the courts must indulge every reasonable presumption against waiver of fundamental constitutional rights."
29. Edwards v. Indiana 314 US 160 (1941): Justice Douglas maintained that the privileges and immunities clause was the proper basis for the holding and further insisted that freedom of movement was a right of national citizenship binding upon the states and recognized as such by Crandall v. Nevada (73 US 35) before the 14th Amendment was ratified."
30. Norton v. Shelby County 118 USR 425 (1886):"An unconstitutional act is not law. It confers no rights, it imposes no duties, it affords no protections, it creates no office. It is in legal contemplation as inoperative as though it has never been passed."
31. "The court follows the decision of the highest court of the state, in construing the constitution and the laws of the state unless they conflict with or impair the efficacy of some principle of the

Federal Constitution or of the Federal Statutes or rule of the commercial or general law. The decision of the state court's in questions relating to the existence of its subordinate tribunals and eligibility in elections or appointment of their officers and the passage of its laws are conclusive upon Federal Courts. While acts of de facto incumbent of an office lawfully created by law. An existing or often held to be binding from reasons of public policy. The acts of the person assuming to fill and perform the duties of an office, which does not exist, can have no validity whatever in law."

32. Miranda v. Arizona 384 US 436 (1966): "Where rights secured by the constitution are involved, there can be no rule or law making or legislation which would abrogate or abolish them."

33. 16Am Jur 2d., Const. Law Sec. 114:"As to the construction, with reference to Common Law, an important cannon of construction is *that constitutions must be construed to reference to the Common Law*." " The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and is was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a since of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood."

34. 16Am Jur 2d., Const. Law Sec. 117:"Various facts of circumstances extrinsic to the constitution are often resorted to, by the courts, to aid them and determining its meaning, as previously noted however, such extrinsic aids may not be resorted to where the provision in the question is clear and unambiguous in such a case the courts must apply the terms of the constitution as written and they are not at liberty to search for meanings beyond the instrument."

35. 16Am Jur 2d., Const. Law Sec. 155:"*Since the constitution is intendant for the observance of the judiciary as well as other departments of government and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or counteract evasions thereof, it is their duty in authorized proceedings to give full effect to the existing constitution and to obey all constitutional provisions irrespective of their opinion* as to the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. *If the Constitution prescribes one rule and the statute the another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute governs in cases before them for judgment."*

## VI.   DEMAND FOR DECLARATORY JUDGMENT

36. 16Am Jur 2d., Const. Law Sec. 177:"Declaratory judgments actions have often been utilized to test the constitutionality of a statute in government practices. The Uniform Declaratory Judgment Act makes specific provisions of the determination of construction or validity of statutes and municipal ordinance by declaratory judgment and is considered to furnish a particularly appropriate method for the determination of controversies relative to the construction and validity of the statute and of ordinances. The Federal Declaratory Judgment Act, although it does not mention declarations as to the construction or validity of the statutes, has been invoked frequently as a means of a saying of the constitutionality of Congressional Legislation. A Plaintiff(s)f can have a declaratory judgment action on the constitutionality of either the Federal or State statute by a single Federal Judge so long as he does not ask to have the operation of the statute enjoined.

A court may grant declaratory relief, unless there is a case of controversy before the court.""No one is bound to obey an unconstitutional law".

37. 16Am Jur 2d., Const. Law Sec. 255:"In all instances, where the court exercise it's power to invalidate legislation on constitutional grounds, the conflict of the statute, with the constitution must be irreconcilable. Thus a statute is not to be declared unconstitutional unless so inconsistent with the constitution that it cannot be enforced without a violation thereof. A clear incompatibility between law and the constitution must exist before the judiciary is justified holding the law unconstitutional. This principle is of course in line with the rule that doubts as the constitutionality should be resolved in favor of the constitutionality and the beneficiary."

38. 16Am Jur 2d., Const. Law Sec. 256:"*__The general rule is that a unconstitutional statute, whether Federal or State, though having the form and name of law as in reality no law, but is wholly void and ineffective for any purpose since unconstitutionality dates from the enactment and not merely from the date of the decision so braining it. An unconstitutional law in legal contemplation is as inoperative as if it never had been passed__*. Such a statute lives a question that is purports to settle just as it would be had the statute not ever been enacted. No repeal of an enactment is necessary, since an unconstitutional law is void. The general principles follows that it imposes no duty, converse no rights, creates no office, bestows no power of authority on anyone, affords no protection and justifies no acts performed under it. A contract which rests on a unconstitutional statute creates no obligation to be impaired by subsequent legislation. No one is bound to obey an unconstitutional law. No courts are bound to enforce it. Persons convicted and fined under a statute subsequently held unconstitutional may recover the fines paid. A void act cannot be legally inconsistent with a valid one and an unconstitutional law cannot operate to supersede an existing valid law. Indeed, in so far as a statute runs counter to the fundamental law of the land, it is superseded thereby. Since an unconstitutional statute cannot repeal, or in any way effect an existing one, if a repealing statute is unconstitutional, the statute which it attempts to repeal, remains in full force and effect and where a statute in which it attempts to repeal remains in full force and effect and where a clause repealing a prior law is inserted in the act, which act is unconstitutional and void, the provision of the repeal of the prior law will usually fall with it and will not be permitted to operate as repealing such prior law. The general principle stated above applied to the constitution as well as the laws of the several states insofar as they are repugnant to the constitution and laws of the United States."

39. 16Am Jur 2d., Const. Law Sec. 257:"The actual existence of a statute prior to determination, that it is unconstitutional is an operative fact and may have consequences which can not justify being ignored, when a statute which has been in effect for some time is declared unconstitutional, questions of rights claimed to have become vested of status of prior determinations deemed to have finality an acted upon accordingly and of public policy in the light of the nature, both of the statute and of it's previous application demand examination. It has been said that in all inclusive statement of the principle of absolute retroactive inviolability cannot be justified. An unconstitutional statute is not necessarily a nullity it may have indeterminate consequences binding on the people."

40. 16Am Jur 2d., Const. Law Sec. 258:"*__On the other hand it is clear that Congress cannot by authorization or ratification give the slightest effect to a state law or constitution which is in conflict with the Constitution of the United States__*."

41. 16Am Jur 2d., Const. Law Sec. 260:"Although it is manifested that an unconstitutional provision in the statute is not cured because included in the same act with valid provisions and that there is no degrees of constitutionality."

42. 16 Am. Jur. 2d, Const. Law Sec. 543:"No freeman shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or any wise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers or by the law of the land."

43. Plaintiff(s)f asserts that the State of Indiana's judicial and non-judicial foreclosure statutes are violative, detrimental and unconstitutional in that both statutes unlawfully deprive citizens of their property without due process of law and a trial by jury.

### VII.   PUNISHMENT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

44. Title 18 US Code Sec. 241 & Sec. 242:"If upon conviction, one is subject to a $10,000.00 fine, ten years in jail, or both."
45. Title 18 USC sect 2381 - Capitol Felony Treason:"In the presence of two or more witnesses of the same overt act, or in an open court of law, if public officials fail to timely move to protect and defend the Constitution of the United States and honor their oath of office, they are subject to the charge of capital felony treason and incapable of holding any office under the United States. "
46. Title 42 US Code Sec. 1983, Sec. 1985, & Sec. 1986: Clearly established the right to sue anyone who violates citizens constitutional rights under color of law   The Constitution guarantees: he who would unlawfully jeopardize your property loses property to you, and that's what justice and equity is all about.

### VIII.   NO JUDICIAL IMMUNITY

47. Forrester v. White, 484 U.S. at 227-229, 108 S.Ct. at 544-545; Stump v. Sparkman, 435 U.S. at 380, 98 S.Ct. at 1106. Mireles v. Waco, 112 S.Ct. 286 at 288 (1991):"A Judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity."
48. Owen v. Independence 100 Vol. Supreme Court Reports. 1398:(1982)Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502:(1982)"The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been deprived of their rights, in some capacity, to which they were entitled.""Officers of the court have no immunity when violating constitutional right, from liability." Judges are deemed to know the law and are sworn to uphold it. A magistrate can hardly claim that they acted in good faith for willful deformation of a law and certainly cannot plead ignorance of the law, for that would make the law look stupid for a knowledgeable judge to claim ignorance of a law, when a citizen on the street cannot claim ignorance of the law. Therefore, there is no judicial immunity.

### IX.   STATUTORY LAW EXEMPT

49. Plaintiff(s)f asserts that Indiana codes and statutory laws are not applicable and Plaintiff(s)f is exempt from jurisdiction of said laws except and unless said code or statutory law are in harmony with the U.S. Constitution and the common law. (UCC 1-103.6)

### X.   OATH OF OFFICE FOR MAGISTRATE REQUESTED AND DEMANDED

50. Plaintiff(s)f respectfully requests and demand that the magistrate produce his oath of office to ensure that said magistrate is lawfully presiding and to ensure said magistrate adhere to his oath to uphold the U.S. Constitution and protect the Plaintiff(s)f's rights from infringement upon those rights.

### XI.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

51. Defendants knowingly misrepresented that the Plaintiffs were entitled to the award knowing full well they have no legal, equitable or actual authority to withhold such information.
52. Defendants began their fraudulent concealment in 2010 not acting in good faith while attempting to deny Plaintiffs award which was rightfully theirs. Defendants committed acts set forth above with total, complete, utter and reckless disregard of the probability of causing plaintiffs to suffer emotional distress.
53. As an actual and proximate cause of defendants actions, plaintiff have suffered severe emotional distress, including but not limited to lack of sleep, anxiety and depression. As a result of defendant's wrongful acts and/or omissions, plaintiff is entitled to various remedies including, but not limited to, reimbursement, equitable recoupment, indemnification, damages (statutory, actual, punitive and/or treble damages), attorney's fees and cost and injunctive relief for the undue emotional distress caused by the defendants.

### XII.  INCORPORATION OF PREVIOUSLY FILED MOTIONS, NOTICES, WRITS OR PETITIONS

54. Plaintiff hereby incorporates all previously filed motions, notices, writs or petitions as if they were specifically outlined in their entirety. However, if there is any portion within the previously filed documents which would prevent Plaintiff from being awarded the relief sought, Plaintiffs hereby notices this court to stricken that portion from the document in order that Plaintiffs may gain relief.

### XIII.  DEMAND FOR TRIAL BY JURY

55.     Plaintiffs asserts their constitutional right to a trial by jury to settle this controversy and does not agree nor waives their right to a trial by jury and petitions this court to accommodate said trial at the courts earliest convenience in the effect court doesn't grant summary judgment in favor of the Plaintiffs.

### PRAYER FOR RELIEF SOUGHT

**WHEREFORE**, Plaintiffs having stated a claim upon which relief can be granted, do hereby moves this court to grant the following claim for cause of action to be awarded for:

1. Compensatory, punitive, general and special damages in an amount to be determined at trial.
2. Attorney fees and cost of bringing this action.
3. Settlement in the amount of $10,000,000.00.
4. Immediate payment of the award to the Plaintiffs.
5. An apology letter from Defendants to Plaintiffs for emotional distress caused by their unlawful actions.
6. For Declaratory Relief, including but not limited to the following decrees of the court that:
   a) Plaintiff is the prevailing party.
   b) Summary judgment to be entered in on the record.
   c) Injunction filed against the DAV to deter similar conduct by defendants in the future.

Executed this ____ day of August 2014

I, Sharon Thurman, affirm to the best of my knowledge that this is true under the penalty of perjury.

Respectfully submitted,

*[signature]*

SHELTON HICKERSON SR ESTATE
SHARON THURMAN
6036 E. 42ND Street
Indianapolis, IN 46226

I, Staci Hickerson, affirm to the best of my knowledge that this is true under the penalty of perjury.

*[signature]*

SHARON THURMAN
6036 E. 42ND Street
Indianapolis, IN 46226

## CERTIFICATE OF SERVICE

I hereby certify exact copy and true copy of the forgoing has been sent first class to:

Disable American Veterans, 807 Maine Avenue SW, Washington, DC 20024

Supervisor Eric

Congressman Andre Carson; 2453 Rayburn HOB; Washington, DC 20515.

Donna Surrett

Kim Rudolph

Nathan Bennett

Ms. Craig

Board's of Veteran's Appeal (01) and Board of Veteran's Affaris, 810 Vermont Avenue, NW, Washington, DC 20420

Respectfully submitted,

SHELTON HICKERSON SR, ESTATE
SHARON THURMAN
6036 E. 42ND Street
Indianapolis, IN 46226